United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 13-11919-amc
Eufrosina T Brett                                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2            Date Rcvd: Jul 21, 2016
                              Form ID: pdf900           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2016.
db         +Eufrosina T Brett,    876 N. 26th Street,    Philadelphia, PA 19130-1821
aty         FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA 19103-3222
cr         +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr         +Bucks County Tax Claim Bureau,    c/o John A. Torrente,    55 E. Court Street,
             Doylestown, PA 18901-4318
r          +Century 21,    Attn: Al Perry,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
r          +Century 21 Advantage Gold,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
cr         #+Crestar Capital, L.L.C. by US Bank Custodian,    1415 Route 70 East,    Suite 500,
             Cherry Hill, NJ 08034-2210
acc        +Scott H. Kessler,    2543 Kirk Drive,    Huntingdon Valley, PA 19006-5434
cr         +ecast settlement corporation,    PO Box 35480,    Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Jul 22 2016 02:05:48      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2016 02:05:22      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2016 02:05:35       U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE       +E-mail/Text: bankruptcy@phila.gov Jul 22 2016 02:05:49      City of Philadelphia Law Department,
             1401 John F. Kennedy Blvd.,    Municipal Services Bldg.,    5th floor,
             Philadelphia, PA 19102-1601
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
              ADAM D. GREENBERG    on behalf of Creditor    Crestar Capital, L.L.C. by US Bank Custodian
               agreenberg@hgllclaw.com, aholmes@hgllclaw.com
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
               EQUICREDIT CORPORATION OF AMERICA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Wells Fargo Bank, National Association, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    JP MORGAN CHASE ASwartz@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Select Portfolio Servicing, Inc. servicer for U.S. Bank
               N.A. as Trustee, successor in interest to Bank of America, NA as Trustee successor by merger to
               LaSalle Bank NA, as Trustee for certificateholde ASwartz@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee
               ASwartz@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               ASwartz@mwc-law.com, ecfmail@mwc-law.com

```
District/off: 0313-2          User: Stacey              Page 2 of 2                   Date Rcvd: Jul 21, 2016
                              Form ID: pdf900           Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              EDWARD H. WILEY    on behalf of Debtor Eufrosina T Brett edwardhwileylegal@gmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GILBERT B. WEISMAN    on behalf of Creditor    ecast settlement corporation notices@becket-lee.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               LaSalle Bank National Association, on behalf of the holders of the holders of Bear Stearns Asset
               Backed Securities, Inc., Asset-Backed Certificates, Se heather@mvrlaw.com,  Diane@mvrlaw.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
               Securities Trust 2005-1, Asset-Backed Certificates, Serie heather@mvrlaw.com,  Diane@mvrlaw.com
              JAMES P. MCGARRITY    on behalf of Debtor Eufrosina T Brett mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JAMES P. MCGARRITY    on behalf of Defendant Eufrosina T Brett mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              JENIECE D. DAVIS    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Wells
               Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
               Securities Trust 2005-1, Asset-Backed Certificates, Serie Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et al
               paeb@fedphe.com
              JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
               jtorrente@begleycarlin.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Wells Fargo Bank, National Association, et al
               paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES
               2005-1 paeb@fedphe.com
              KEVIN T MCQUAIL    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of
               the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates,
               Series 2005-1 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    EquiCredit Corporation of America amps@manleydeas.com
              MARISSA M. O'CONNELL    on behalf of    City of Philadelphia Law Department
               marissa.o'connell@phila.gov,  James.Feighan@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
               pamela.thurmond@phila.gov,  james.feighan@phila.gov
              PETER E. MELTZER    on behalf of Creditor    Houtkin Consulting Corp mrivera@wglaw.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 33
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

EUFROSINA T. BRETT :

      DEBTOR : BKY. NO. 13-11919AMC

**ORDER**

AND NOW, this ___ day of July, 2016, upon consideration of the Motion of the Trustee for Approval of the Sale of Real Estate ("Motion") located at 2033 S. Darien Street, Philadelphia, Pennsylvania ("Property" and/or "Real Estate") and after hearing and all objections, if any, to the Motion having been withdrawn, the Court finds that:

    A.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

    B.    Notice of the Motion of the Trustee to Sell Real Estate and the hearing was sufficient, adequate, and appropriate, and cause exists to grant the relief requested in the Motion.

    C.    The Trustee, Terry P. Dershaw, Esquire ("Trustee"), has represented that he has (1) appropriately marketed the Property; (2) conducted the sale process in a fair and reasonable manner in the exercise of his business judgment in a non-collusive, fair and good faith manner; and (3) given reasonable opportunity to any interested party to make a higher or better offer for the Property.

    D.    The consideration provided by the Buyer under the Agreement of Sale and this Sale Order: (1) is fair and reasonable; and (2) is the highest and best offer available for the Property.

    E.    The Agreement of Sale was negotiated, proposed, and entered into by Trustee and Buyer without collusion and in good faith. Trustee and Buyer have not engaged in any conduct

ACTIVE 40718743v1 06/07/2016

that would cause or permit the Agreement of Sale to be avoided under Bankruptcy Code § 363(n).

F. Buyer is a good faith purchaser under Bankruptcy Code § 363(m) and, as such, is entitled to all of the protections afforded thereby. Buyer will be acting in good faith within the meaning of Bankruptcy Code § 363(m) in consummating the Transactions and at all times after the entry of this Sale Order.

G. A reasonable opportunity to object and be heard with respect to the Motion and the relief requested therein has been afforded to all interested persons and entities, including: (i) the Office of the United States Trustee; (ii) counsel for the Buyer; (iii) all entities known to have, or to have asserted, any lien, claim, encumbrance, or other interest; (iv) all taxing authorities for those jurisdictions in which the Property is located; (v) the Chapter 7 Debtor; and (vi) all entities that filed a notice of appearance and request for service of papers in this case in accordance with Bankruptcy Rule 2002, and no objections have been filed to the Sale Motion.

H. The Agreement of Sale is a valid and binding contract between the Trustee and the Buyer, which is and shall be enforceable according to its terms.

I. The Trustee has good and sound business reasons for waiving the stay otherwise imposed by Bankruptcy Rule 6004.

Therefore, it is ORDERED that:

1. The Motion to Sell Free and Clear of Liens and Claims is granted and approved in all respects.

ACTIVE 40718743v1 06/07/2016

2.     The Trustee may sell the Property free and clear of all liens, claims, and interests of any kind or nature whatsoever pursuant to § 363(f) of the Bankruptcy Code; however, the liens and interests shall attach to the proceeds of sale with the same validity and priority they had against the Property.

3.     The Trustee may transfer the Property to the Buyer.

4.     The Agreement of Sale is hereby approved, and the Trustee, upon entry of this Sale Order, shall have full authority to consummate the sale as contemplated by the Agreement of Sale and transfer the Property to Joseph Grosso and Jayson R. Troccoli, and/or their assignee, for consideration of $62,000.00.

5.     The Trustee is authorized to execute and deliver, and empowered to perform under, consummate and implement the Agreement of Sale, together with all additional instruments and documents that the Buyer reasonably deems necessary or appropriate to implement the Agreement of Sale.

6.     Sale to the Buyer is without collusion and in good faith in accordance with Bankruptcy Code §§ 363(m) and 363(n). Accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Sale shall not affect the validity of the sale of the Property to Buyer, unless such authorization is duly stayed pending such appeal. Buyer is a good-faith purchaser of the Property and is entitled to all of the benefits and protections afforded by the Bankruptcy Code § 363(m) and other applicable law.

7.     Notwithstanding the foregoing, upon the Closing of the Sale, each of the Debtor's creditors and any other holder of an Interest is authorized and directed to execute such documents and take all other actions as may be necessary to release its Interests in the Property, if any, as such Interest may have been recorded or may otherwise exist.

ACTIVE 40718743v1 06/07/2016

8. The consideration provided by Buyer for the Property is fair and reasonable and is the highest and best offer available for the Property.

9. The Trustee is hereby authorized and directed to pay at Closing, from the proceeds of the sale of the Real Estate, those necessary and valid costs required to be paid to close, including payment to the City of Philadelphia on account of any judgment and/or statutory liens. The balance of the funds shall be held by Trustee Terry P. Dershaw.

10. If any person or entity that has filed financing statements, mortgages, mechanic's liens, *lis pendens* or other documents or agreements evidencing Interests in the Property shall not have delivered to the Debtor prior to the Closing, in proper form for filing and executed by the appropriate parties, termination statements, instruments of satisfaction or release of all Interests that the person or entity has with respect to the Property, then: (a) the Trustee is hereby authorized to execute and file such statements, instruments, releases and other documents on behalf of the person or entity with respect to the Property; and (b) the Buyer is hereby authorized to file, register or otherwise record a certified copy of this Sale Order, which shall constitute conclusive evidence of the release of all Interests in the Property of any kind or nature whatsoever.

11. This Sale Order shall be effective as a determination that all Interests of any kind or nature whatsoever existing as to the Property prior to the Closing have been unconditionally released, discharged, and terminated to said Property, and that the conveyances described herein have been effected.

ACTIVE 40718743v1 06/07/2016

12. The fourteen (14) day stay otherwise imposed by Bankruptcy Rule 6004(h) is hereby waived, and this Sale Order shall be effective immediately upon entry.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

ACTIVE 40718743v1 06/07/2016