UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919AMC |

**O R D E R**

AND NOW, this 1st day of August, 2016, upon consideration of the Application of counsel to the Trustee for allowance of interim compensation in the amount of $56,997.00 and reimbursement of expenses in the amount of $1,163.85, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that the sum of $ 56,997.00, plus expenses in the amount of $ 1,163.85 be paid as interim compensation to Fox Rothschild LLP as counsel to the Trustee for the period May 1, 2015 through December 31, 2015.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

ACTIVE 41051554v1 06/28/2016