UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919AMC |

**O R D E R**

AND NOW, this 1st day of   August   , 2015, upon consideration of the Application of the Accountant to the Trustee for Allowance of Compensation and Reimbursement of Expenses, and after proper Notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that compensation in the amount of $  8,650.00   for services rendered and $  53.32   for reimbursement of expenses is allowed as compensation to Scott H. Kessler, CPA for the period January 12, 2015 through June 15, 2016.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

ACTIVE 41048849v1 06/28/2016