United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-11919-amc
Eufrosina T Brett                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Aug 01, 2016
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2016.
db             +Eufrosina T Brett,    876 N. 26th Street,    Philadelphia, PA 19130-1821
aty             FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA  19103-3222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2016 at the address(es) listed below:
              ADAM D. GREENBERG    on behalf of Creditor    Crestar Capital, L.L.C. by US Bank Custodian
               agreenberg@hgllclaw.com,    aholmes@hgllclaw.com
              ANDREW F GORNALL    on behalf of Creditor    Wells Fargo Bank, National Association, et al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
               EQUICREDIT CORPORATION OF AMERICA agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Select Portfolio Servicing, Inc. servicer for U.S. Bank
               N.A. as Trustee, successor in interest to Bank of America, NA as Trustee successor by merger to
               LaSalle Bank NA, as Trustee for certificateholde ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee
               ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              EDWARD H. WILEY    on behalf of Debtor Eufrosina T Brett edwardhwileylegal@gmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GILBERT B. WEISMAN    on behalf of Creditor    ecast settlement corporation notices@becket-lee.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               LaSalle Bank National Association, on behalf of the holders of the holders of Bear Stearns Asset
               Backed Securities, Inc., Asset-Backed Certificates, Se heather@mvrlaw.com,    Diane@mvrlaw.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
               Securities Trust 2005-1, Asset-Backed Certificates, Serie heather@mvrlaw.com,    Diane@mvrlaw.com
              JAMES P. MCGARRITY    on behalf of Debtor Eufrosina T Brett mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JAMES P. MCGARRITY    on behalf of Defendant Eufrosina T Brett mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              JENIECE D. DAVIS    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Wells
               Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
               Securities Trust 2005-1, Asset-Backed Certificates, Serie Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com

```
District/off: 0313-2            User: Stacey              Page 2 of 2                   Date Rcvd: Aug 01, 2016
                                Form ID: pdf900           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et al paeb@fedphe.com
      JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau jtorrente@begleycarlin.com
      JOSEPH PATRICK SCHALK    on behalf of Creditor    Wells Fargo Bank, National Association, et al paeb@fedphe.com
      JOSEPH PATRICK SCHALK    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1 paeb@fedphe.com
      KEVIN T MCQUAIL    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com
      KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates, Series 2005-1 amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    EquiCredit Corporation of America amps@manleydeas.com
      MARISSA M. O'CONNELL    on behalf of    City of Philadelphia Law Department marissa.o'connell@phila.gov, James.Feighan@phila.gov
      PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department pamela.thurmond@phila.gov, james.feighan@phila.gov
      PETER E. MELTZER    on behalf of Creditor    Houtkin Consulting Corp mrivera@wglaw.com
      TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

      TOTAL: 33

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919AMC |

**O R D E R**

AND NOW, this 1st day of August, 2015, upon consideration of the Application of the Accountant to the Trustee for Allowance of Compensation and Reimbursement of Expenses, and after proper Notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that compensation in the amount of $ 8,650.00 for services rendered and $ 53.32 for reimbursement of expenses is allowed as compensation to Scott H. Kessler, CPA for the period January 12, 2015 through June 15, 2016.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

ACTIVE 41048849v1 06/28/2016