UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919AMC |

### CERTIFICATE OF NO OBJECTION AND REQUEST FOR ORDER

I, Edward J. DiDonato, Esquire, hereby certify that after proper service of the Notice of the Application of the Trustee to Employ Special Counsel, no answers, objections or other responsive pleadings were served upon me or are indicated on the Docket. I, therefore, request the entry of the proposed form of Order attached to the Application.

FOX ROTHSCHILD LLP


/s/ Edward J. DiDonato
Edward J. DiDonato
2000 Market Street; 20th Floor
Philadelphia, PA  19103
edidonato@foxrothschild.com
Counsel to Trustee

ACTIVE 41673239v1 08/10/2016