UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
EUFROSINA T. BRETT :
:
        DEBTOR : BKY. NO. 13-11919AMC

# O R D E R

AND NOW, this 16th day of August, 2016, upon consideration of the Application of the Trustee to employ the law firm of Kenneth L. Baritz & Associates, P.C. as special counsel, and after notice and opportunity for hearing and the filing of the Certificate of No Objection, it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Trustee is authorized to retain the law firm of Kenneth L. Baritz & Associates, P.C. as special counsel as provided in the Application, to receive compensation of $495.00.  In the event that appellate work is required, special counsel will file an application for allowance of compensation for Court approval.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

ACTIVE 41540372v1 08/01/2016