UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919AMC |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

     Trustee herein, Terry P. Dershaw, Esquire, by and through his counsel, Fox Rothschild LLP, has filed a Motion to Approve and Authorize Payment of the Administrative Tax Claim due to the City of Philadelphia in the total amount of $20,025.00 for tax years 2014 and 2015.

     **Your rights may be affected**.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

     1.  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion or wish to express interest in the purchase of the property, then on or before **October 4, 2016,** you or your attorney must do all of the following:

     a) File an answer explaining your position with the office of the:

> Clerk U.S. Bankruptcy Court
> Robert N.C. Nix Building
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

     If you mail your answer to the Bankruptcy Court Clerk's office, you must mail it early enough so that it will be received on or before the date stated above; and

     b)  Mail a copy to the Movant's attorney:

> Edward J. DiDonato, Esquire
> Fox Rothschild LLP
> 2000 Market Street, 20th Floor
> Philadelphia, PA 19103
> Fax No. 215-299-2150
> edidonato@foxrothschild.com

      2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

      3. A hearing on the Motion is scheduled to be conducted before the Honorable Ashely M. Chan on **October 26, 2016 at 11:00 a.m**. in Courtroom No. 5, U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Second Floor, Philadelphia, PA 19107.

      4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b) above.

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

Dated: September 20, 2016