UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| EUFROSINA T. BRETT | : | |
| | : | |
| DEBTOR | : | BKY. NO. 13-11919AMC |

## CERTIFICATE OF NO OBJECTION AND REQUEST FOR ORDER

I, Edward J. DiDonato, Esquire, hereby certify that after proper service of the Motion to Approve and Authorize Payment of Administrative Tax Claim to the City of Philadelphia and the Notice of Motion, Response Deadline and Hearing Date regarding the same, no objections or responsive pleadings have been served upon me or appear on the Docket. I, therefore, request the entry of the proposed Order attached to the Motion.

FOX ROTHSCHILD LLP

/s/ Edward J. DiDonato
EDWARD J. DiDONATO
2000 Market Street, 20th Floor
Philadelphia, PA 19103
edidonato@foxrothschild.com
Counsel to Trustee

ACTIVE 42635319v1 10/06/2016