UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : CHAPTER 7
                                    :
EUFROSINA T. BRETT                  :
                                    :
        DEBTOR                      : BKY. NO. 13-11919AMC

## ORDER

AND NOW, this _____ day of Oct. _____, 2016, upon consideration of the Motion of Terry P. Dershaw, the Chapter 7 Trustee, for authority to pay taxes due to the City of Philadelphia as a Chapter 7 administrative claim, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Trustee is authorized to pay the taxes in the total sum of $20,025.00 due to the City of Philadelphia for the tax years 2014 and 2015 as an administrative chapter 7 tax claim.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY COURT

ACTIVE 42332378v1 09/19/2016