United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-11919-amc
Eufrosina T Brett                                                       Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2                Date Rcvd: Oct 27, 2016
                              Form ID: pdf900           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2016.
db             +Eufrosina T Brett,    876 N. 26th Street,    Philadelphia, PA 19130-1821
aty             FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA 19103-3222
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr             +Bucks County Tax Claim Bureau,    c/o John A. Torrente,    55 E. Court Street,
                 Doylestown, PA 18901-4318
r              +Century 21,    Attn: Al Perry,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
r              +Century 21 Advantage Gold,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
acc            +Scott H. Kessler,    2543 Kirk Drive,    Huntingdon Valley, PA 19006-5434
cr             +ecast settlement corporation,    PO Box 35480,    Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 28 2016 01:40:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 28 2016 01:39:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 28 2016 01:40:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE           +E-mail/Text: bankruptcy@phila.gov Oct 28 2016 01:40:09     City of Philadelphia Law Department,
                 1401 John F. Kennedy Blvd.,    Municipal Services Bldg.,    5th floor,
                 Philadelphia, PA 19102-1601
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              ##+Crestar Capital, L.L.C. by US Bank Custodian,    1415 Route 70 East,    Suite 500,
                 Cherry Hill, NJ 08034-2210
                                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2016 at the address(es) listed below:
              ADAM D. GREENBERG    on behalf of Creditor    Crestar Capital, L.L.C. by US Bank Custodian
               agreenberg@hgllclaw.com,   aholmes@hgllclaw.com
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
               EQUICREDIT CORPORATION OF AMERICA agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Wells Fargo Bank, National Association, et al...
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Select Portfolio Servicing, Inc. servicer for U.S. Bank
               N.A. as Trustee, successor in interest to Bank of America, NA as Trustee successor by merger to
               LaSalle Bank NA, as Trustee for certificateholde ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee
               ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               ecfmail@mwc-law.com,   ecfmail@mwc-law.com

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Oct 27, 2016
                              Form ID: pdf900           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          EDWARD H. WILEY    on behalf of Debtor Eufrosina T Brett edwardhwileylegal@gmail.com
          EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Attorney   FOX ROTHSCHILD LLP edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
          GILBERT B. WEISMAN    on behalf of Creditor    ecast settlement corporation notices@becket-lee.com
          HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for LaSalle Bank National Association, on behalf of the holders of the holders of Bear Stearns Asset Backed Securities, Inc., Asset-Backed Certificates, Se heather@mvrlaw.com, Diane@mvrlaw.com
          HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates, Serie heather@mvrlaw.com, Diane@mvrlaw.com
          JAMES P. MCGARRITY    on behalf of Debtor Eufrosina T Brett mcgarritylaw@gmail.com, mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JAMES P. MCGARRITY    on behalf of Defendant Eufrosina T Brett mcgarritylaw@gmail.com, mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com, brian-oneill-fox-5537@ecf.pacerpro.com
          JENIECE D. DAVIS    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates, Serie Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et al paeb@fedphe.com
          JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau jtorrente@begleycarlin.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor    Wells Fargo Bank, National Association, et al paeb@fedphe.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1 paeb@fedphe.com
          KEVIN T MCQUAIL    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com
          KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates, Series 2005-1 amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    EquiCredit Corporation of America amps@manleydeas.com
          MARISSA M. O'CONNELL    on behalf of    City of Philadelphia Law Department marissa.o'connell@phila.gov, James.Feighan@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department pamela.thurmond@phila.gov, james.feighan@phila.gov
          PETER E. MELTZER    on behalf of Creditor    Houtkin Consulting Corp mrivera@wglaw.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                        TOTAL: 33

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
EUFROSINA T. BRETT :
:
DEBTOR : BKY. NO. 13-11919AMC

**ORDER**

AND NOW, this ___ day of Oct. , 2016, upon consideration of the Motion of Terry P. Dershaw, the Chapter 7 Trustee, for authority to pay taxes due to the City of Philadelphia as a Chapter 7 administrative claim, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Trustee is authorized to pay the taxes in the total sum of $20,025.00 due to the City of Philadelphia for the tax years 2014 and 2015 as an administrative chapter 7 tax claim.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY COURT

ACTIVE 42332378v1 09/19/2016