UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : CHAPTER 7
                                                                :
EUFROSINA T. BRETT                                              :
          DEBTOR                                                : BKY. NO. 13-11919-amc

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

The Trustee herein, Terry P. Dershaw, Esquire, by and through his counsel, Fox Rothschild LLP, has filed a Motion to abandon property, which is of inconsequential value or benefit to the estate. This property includes the following real estate: (1) 876 N. 26th Street, Philadelphia, PA; (2) 2408 S. Darien Street, Philadelphia, PA; (3) 2335 Franklin Street, Philadelphia, PA; and (4) 2341 Franklin Street, Philadelphia, PA.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion or wish to express interest in the purchase of the property, then on or before February 14, 2017, you or your attorney must do all of the following:

a) File an answer explaining your position with the office of the:

Clerk U.S. Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Court Clerk's office, you must mail it early enough so that it will be received on or before the date stated above; and

b) Mail a copy to the Movant's attorney:

Edward J. DiDonato, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Fax No. 215-299-2150
edidonato@foxrothschild.com

ACTIVE\44235270.v1-1/31/17

      2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

      3. A hearing on the Motion is scheduled to be conducted before the Honorable Ashely M. Chan on **March 8, 2017 at 11:00 a.m**. in Courtroom No. 5, U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Second Floor, Philadelphia, PA 19107.

      4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b) above.

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

Dated: January 31, 2017