UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919-amc |

## REPORT OF SALE

Terry P. Dershaw, the duly appointed Trustee, by and through his counsel, Fox Rothschild LLP, hereby reports that the real estate located at 2033 S. Darien Street, Philadelphia, Pennsylvania has been sold to Joseph Grosso and Jayson R. Troccoli for $79,400.00. A Court Order was entered approving the sale, and settlement occurred on January 26, 2017.

The Trustee continues to administer the Estate and, at the conclusion of his duties, will promptly file a Final Report.

FOX ROTHSCHILD LLP

/s/ Edward J. DiDonato
Edward J. DiDonato
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Counsel to Trustee

ACTIVE\44321317.v1-2/6/17