# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Eufrosina Brett | : | |
| Debtor | : | Bankruptcy No. 13-11919 |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on March 3, 2017 a true and correct copy of the Application for Compensation and Reimbursement of Expenses was served upon all creditors, the Debtor by first class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

BY:   /s/ James P. McGarrity
James P. McGarrity
1500 John F. Kennedy Boulevard
Suite 405
Philadelphia, PA. 19102
(215) 564-1951