UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
EUFROSINA T. BRETT :
:
:
DEBTOR : BKY. NO. 13-11919-amc

**O R D E R**

AND NOW, this 15th day of March, 2017, upon consideration of the Motion of the Trustee to abandon certain property of the Debtor, after opportunity for hearing and upon the filing of a Certificate of No Objection, it is hereby

ORDERED that:

1. The Motion is GRANTED.

2. The Debtor's properties located at 876 N. 26th Street, Philadelphia, PA; 2408 S. Darien Street, Philadelphia, PA; 2335 Franklin Street, Philadelphia, PA; and 2341 Franklin Street, Philadelphia, PA are hereby deemed abandoned pursuant to 11 U.S.C. § 554(a), effective as of January 31, 2017, the date of the filing of the Motion.

3. This Court retains jurisdiction to interpret and enforce the terms of this Order.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

ACTIVE\44140506.v1-1/31/17