*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Eufrosina T Brett
    Debtor(s)

Case No: 13–11919–amc
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge to consider:

Application for Compensation for JAMES P. MCGARRITY, Debtor's Attorney, Period: 5/1/2012 to 3/3/2017, Fee: $29,286.00, Expenses: $928.00. Filed by JAMES P. MCGARRITY Represented by Self(Counsel)

on: 4/5/17

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/20/17

Timothy B. McGrath
Clerk of Court