United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 13-11919-amc
Eufrosina T Brett                                                              Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 3                 Date Rcvd: Mar 20, 2017
                              Form ID: 167              Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
```
db             +Eufrosina T Brett,    876 N. 26th Street,    Philadelphia, PA 19130-1821
aty             FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA   19103-3222
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr             +Bucks County Tax Claim Bureau,    c/o John A. Torrente,    55 E. Court Street,
                 Doylestown, PA 18901-4318
r              +Century 21,   Attn: Al Perry,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
r              +Century 21 Advantage Gold,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
acc            +Scott H. Kessler,    2543 Kirk Drive,    Huntingdon Valley, PA 19006-5434
12989918        AL PERRY,    2010 OREGON AVENUE,    PHILADELPHIA, PA 19145-4225
12989883        ATLANTIC CITY PALACE HOMEOWNER’S ASSOCIATION,    1507 BOARDWALK,    NEWARK, NJ 08401-7012
13394494       +Atlantic Palace Condominium Assoc.,    Charles H. Nugent, Jr. Esquire,    530 Lippincott Drive,
                 Marlton, NJ 08053-4805
13786027       +Atlantic Palace Condominium Association,    1507 Boardwalk,    Atlantic City, NJ 08401-7012
12989884        BANK OF AMERICA,    PO BOX 9000,    GETZVILLE, NY 14068-9000
12989875        BANK OF AMERICA,    PO BOX 15726,    WILMINGTON, DE 19886-5726
13095374       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13144696       +Bucks County Tax Claim Bureau,    c/o John A. Torrente,Esq.,    55 East Court Street,
                 Doylestown, PA 18901-4318
12989890        CHASE,    ATTN: OH4-7133,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
12989877        EMC,    POST OFFICE BOX 293150,    LEWISVILLE, TX 75029-3150
12989886        EMC MORTGAGE,    PO BOX 293150,    LEWISVILLE, TX 75029-3150
12989891        EMC MORTGAGE CORP,    ATTN: OH4-7133,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
12989878       +EMC MORTGAGE CORP.,    CHASE,    7255 BATMEADOWS WAY,    JACKSONVILLE, FL 32256-6851
12989887        EMC MORTGAGE CORPORATION,    GRENEN & BIRSIC, PC,    ONE GATEWAY CENTER, 9TH FLOOR,
                 PITTSBURGH, PA 15222
12989881        EMC MORTGAGE FKA MORTGAGE CORPORATION,    MIAL CODE LA4-5555- 700 KANSAS LANE,
                 MONROE, LA 71203
12989909        EUFROSINA BRETT,    876 N. 26TH STREET,    PHILADELPHIA, PA 19130-1821
12989893        HOUTKIN CONSULTING,    3900 ISLAND BOULEVARD,    NORTH MIAMI BEACH, FL 33160-4951
12989888        HOUTKIN CONSULTING CORPORATION,    7100 ISLAND BOULEVARD. SLIP #21,    AVENTURA, FL 33160-4909
12989880        HOUTKIN COUNSELING,    3900 ISLAND BOULEVARD PH,    NORTH MIAMI BEACH, FL 33160-4951
12989894        JPMorgan CHASE bANK, N.A.,    CHASE RECORDS CENTER,    MAIL CODE LA4-5555 - 700 KANSAS LANE,
                 MONROE, LA 71203
12989895        KIMBERLY A. COLEMAN, Esq.,    1806 SOUTH BROAD STREET,    PHILADELPHIA, PA 19145 -2303
12989879        KLM Law Group,    SUITE 5000. 701 MARKET ST,    PHILADELPHIA, PA 19106-1541
12989896        LINEBARGER,    1600 JOHN F KENNEDY BOULEVARD,    PHILADELPHIA, PA 19103-2818
12989919        PETER MELTZER, ESQUIRE,    2000 MARKET STREET, SUITE 1300,    PHILADELPHIA, PA 19103-3204
12989911        PHILADELPHIA PARKING AUTHORITY,    1201 FILBERT STREET,    PHILADELPHIA, PA 19107-2818
12989905        PHILADELPHIA TRAFFIC COURT,    800 NORTH BROAD STREET,    PHILADELPHIA, PA 19130-2202
12989912       +PHILADELPHIA TRAFFIC COURT,    800 SPRING GARDEN STREET,    PHILADELPHIA, PA 19123-2690,
                 HONORABLE BERNICE DEANGELIS 19123-2690
12989906        PORTFOLIO ACQUISITIONS,    PO BOX 10527,    ATLANTA, GA 30310
13410743       +Philadelphia Municipal Court,    Traffic Division,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2616
13176787       +Select Portfolio Servicing, Inc.,    P.O. Box 65452,    Salt Lake City, UT 84165-0452
13123249        THE BANK OF NEW YORK MELLON FKA,    THE BANK OF NEW YORK,AS TRUSTEE, et al,
                 c/o Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12989900        WATER REVENUE BUREAU,    1401 JOHN F. KENNEDY BOULEVARD,    PHILADELPHIA, PA 19102-1663
12989908        WELLS FARGO,    ONE HOME CAMPUS MAC,    DES MOINES, IL 50328-0001
13143887       +Wells Fargo Bank, National Association, et.al.,    Select Portfolio Servicing Inc,
                 338 S. Warminster RD,    Hatboro, PA 19040-3430
12989882        eCAST SETTLEMENT CORPORATION,    PO BOX 35480,    NEWARK, NJ 07193-7012
12989901        eCAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CHASE BANK USA, N.A.,    PO BOX 35480,
                 NEWARK, NJ 07193-5480
12989915        eCAST SETTLEMENT CORPORATION, SUCCESSOR,    TO SEARS ROEBUCK & Co.,    PO BOX 35480,
                 NEWARK, NJ 07193-5480
12989892        eCAST SETTLEMENT SUCC TO SEARS,    PO BOX 34580,    NEWARK, NJ 07193-0001
13120167        eCAST Settlement Corporation, assignee,    of Sears Roebuck and Co.,    POB 35480,
                 Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12989874        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 21 2017 01:41:53     ASSET ACCEPTANCE LLC,
                 PO BOX 2036,    WARREN, MI 48090-2036
12989876        E-mail/Text: bankruptcy@phila.gov Mar 21 2017 01:41:58     CITY OF PHILADELPHIA,
                 LAW-DEPT TAX UNIT,    1515 ARCH STREET, 15TH FL,    PHILADELPHIA, PA 19102-1595
12989885        E-mail/Text: bankruptcy@phila.gov Mar 21 2017 01:41:59     CITY OF PHILADELPHIA LAW DEPT,
                 1515 ARCH STREET - ATT J. DiGuisepe, EsQ,    15TH FLOOR,    PHILADELPHIA, PA 19102-1595
13086501        E-mail/Text: bankruptcy@phila.gov Mar 21 2017 01:41:59     City of Philadelphia Law Department,
                 Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13693448       +E-mail/Text: bankruptcy@phila.gov Mar 21 2017 01:41:59
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
```

```
District/off: 0313-2          User: Stacey              Page 2 of 3                   Date Rcvd: Mar 20, 2017
                              Form ID: 167              Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12989889         E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2017 01:43:37      GE MONEY BANK,
                 c/o RECOVERY MANAGEMENT SYSTEMS CORP,    25 SE 2nd AVENUE, SUITE 1120,    MIAMI, FL 33131-1605
12989917         E-mail/Text: cio.bncmail@irs.gov Mar 21 2017 01:41:46      DEPARTMENT OF TREASURY,
                 INTERNAL REVENUE SERVICE,    PO BOX 21126,    PHILADELPHIA, PA 19114
12989903         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2017 01:43:49
                 LVNV FUNDING of CITIBANK,    RESURGENT CAPITAL SERVICES,    PO BOX 10587,
                 GREENVILLE, SC 29603-0587
12989910         E-mail/Text: bankruptcygroup@peco-energy.com Mar 21 2017 01:41:47      PECO,   BANKRUPTCY DEPT,
                 2301 MARKET STREET,    PHILADELPHIA, PA 19103-1338
12989897         E-mail/Text: bankruptcygroup@peco-energy.com Mar 21 2017 01:41:47      PECO ENERGY COMPANY,
                 2301 MARKET STREET, S23-1,    PHILADELPHIA, PA 19103-1380
12989904         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2017 01:41:51
                 PENNSYLVANIA DEPARTMENT OF REVENUE,    BANRUPTCY DIVISION,    PO BOX 280946,
                 HARRISBURG, PA 17128-0946
12989898        +E-mail/Text: equiles@philapark.org Mar 21 2017 01:42:01      PHILADELPHIA PARKING AUTHORITY,
                 3101 MARKET STREET,    PHILADELPHIA, PA 19104-2806
13002753         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2017 01:41:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division, P.O Box 280946,
                 Harrisburg, PA  17128-0946
12989913         E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2017 01:43:37
                 RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 S.E. 2nd AVEBUE, SUITE 1120,
                 MIAMI, FL 33131-1605
12989914         E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 21 2017 01:41:53      UNITED STATES TRUSTEE,
                 OFFICE OF THE U.s. TRUSTEE,    833 CHESTNUT STREET,    SUITE 500,    PHILADELPHIA, PA 19107-4405
12989902         E-mail/Text: eforbes@ph13trustee.com Mar 21 2017 01:41:48      WILLIAM C. MILLER,
                 CHAPTER 13 TRUSTEE,    111 SOUTH INDEPENDENCE MALL,    SUITE 583,    PHILADELPHIA, PA 19106-2520
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +ecast settlement corporation,    PO Box 35480,    Newark, NJ 07193-5480
12989873*        INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
12989916*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   INTERNAL REVENUE SERVICE,    OFFICE OF CHEIF COUNSEL,
                 701 MARKET STREET,    SUITE 200,    PHILADELPHIA, PA 19106)
13153785*        eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
cr             ##+Crestar Capital, L.L.C. by US Bank Custodian,    1415 Route 70 East,    Suite 500,
                 Cherry Hill, NJ 08034-2210
13096467       ##+James McGarrity, Esquire,    42 S. 15th Street,    Suite 1000,    Philadelphia, PA 19102-2205
12999473       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
12989907        ##SELECT PORTFOLIO,    3815 SOUTH WEST TEMPLE,    SALT LAKE CITY, UT 84115-4412
12989899       ##+SELECT PROFOLIO SERVICING, Inc.,    3815 sOUTH WEST TEMPLE,    SALT LAKE CITY, UT 84115-4412
                                                                                       TOTALS: 0, * 4, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                 Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0313-2          User: Stacey              Page 3 of 3              Date Rcvd: Mar 20, 2017
                              Form ID: 167              Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:

          ADAM D. GREENBERG    on behalf of Creditor    Crestar Capital, L.L.C. by US Bank Custodian
          agreenberg@hgllclaw.com, aholmes@hgllclaw.com
          ANDREW   SPIVACK    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
          BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1
          paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, National Association, et al
          paeb@fedphe.com
          ANDREW F GORNALL    on behalf of Creditor    Wells Fargo Bank, National Association, et al...
          agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW
          YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
          EQUICREDIT CORPORATION OF AMERICA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
          ecfmail@mwc-law.com, ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com, ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    Select Portfolio Servicing, Inc. servicer for U.S. Bank
          N.A. as Trustee, successor in interest to Bank of America, NA as Trustee successor by merger to
          LaSalle Bank NA, as Trustee for certificateholde ecfmail@mwc-law.com, ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee
          ecfmail@mwc-law.com, ecfmail@mwc-law.com
          EDWARD H. WILEY    on behalf of Debtor Eufrosina T Brett edwardhwileylegal@gmail.com
          EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
          GILBERT B. WEISMAN    on behalf of Creditor    ecast settlement corporation notices@becket-lee.com
          HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
          LaSalle Bank National Association, on behalf of the holders of the holders of Bear Stearns Asset
          Backed Securities, Inc., Asset-Backed Certificates, Se heather@mvrlaw.com, Diane@mvrlaw.com
          HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
          Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
          Securities Trust 2005-1, Asset-Backed Certificates, Serie heather@mvrlaw.com, Diane@mvrlaw.com
          JAMES P. MCGARRITY    on behalf of Debtor Eufrosina T Brett mcgarritylaw@gmail.com,
          mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JAMES P. MCGARRITY    on behalf of Defendant Eufrosina T Brett mcgarritylaw@gmail.com,
          mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          JENIECE D. DAVIS    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Wells
          Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
          Securities Trust 2005-1, Asset-Backed Certificates, Serie Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et al
          paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
          paeb@fedphe.com
          JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
          jtorrente@begleycarlin.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN T MCQUAIL    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com
          KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of
          the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates,
          Series 2005-1 amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    EquiCredit Corporation of America amps@manleydeas.com
          MARISSA M. O'CONNELL    on behalf of    City of Philadelphia Law Department
          marissa.o'connell@phila.gov, James.Feighan@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
          pamela.thurmond@phila.gov, james.feighan@phila.gov
          PETER E. MELTZER    on behalf of Creditor    Houtkin Consulting Corp pmeltzer@wglaw.com,
          state@wglaw.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
          EQUICREDIT CORPORATION OF AMERICA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com

                                                                                                                               TOTAL: 35

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Eufrosina T Brett
    Debtor(s)

Case No: 13–11919–amc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application for Compensation for JAMES P. MCGARRITY, Debtor's Attorney, Period: 5/1/2012 to 3/3/2017, Fee: $29,286.00, Expenses: $928.00. Filed by JAMES P. MCGARRITY Represented by Self(Counsel)

    on: 4/5/17

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

Date: 3/20/17

For The Court

Timothy B. McGrath
Clerk of Court