# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Eufrosina Brett | : | |
| Debtor | : | Bankruptcy No. 13-11919 |

**ORDER**

AND NOW, this _____ day of April, 2017, upon Amended Application of JAMES P. McGARRITY, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum $20,355.00, and $928.00 in reimbursement of actual, necessary expenses and after the hearing, it is hereby ORDERED that the said Application is APPROVED. The amount $21,283.00 shall be paid from available funds by the Chapter 7 Trustee.

BY THE COURT:

_____
ASHELY CHAN, BANKRUPTCY JUDGE