# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brett, Eufrosina T. aka Rose T. Brett aka Rosie T. Brett<br><br>         Debtor(s) | CHAPTER 7<br><br>BKY. NO. 13-11919 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of SELECT PORTFOLIO SERVICING, INC. as servicer for EQUICREDIT CORPORATION OF AMERICA, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6079

                                            Respectfully submitted,

                                            **/s/Brian C. Nicholas, Esquire**
                                            Brian C. Nicholas, Esquire
                                            Thomas Puleo, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406