United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-11919-amc
Eufrosina T Brett                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey             Page 1 of 2           Date Rcvd: Apr 26, 2017
                            Form ID: pdf900          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
```
db          +Eufrosina T Brett,    876 N. 26th Street,    Philadelphia, PA 19130-1821
aty          FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA 19103-3222
aty         +James P. McGarrity,    1249 New Philadelphia Road,    Pottstown, PA 19465-8667
cr          +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr          +Bucks County Tax Claim Bureau,    c/o John A. Torrente,    55 E. Court Street,
              Doylestown, PA 18901-4318
r           +Century 21,    Attn: Al Perry,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
r           +Century 21 Advantage Gold,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
acc         +Scott H. Kessler,    2543 Kirk Drive,    Huntingdon Valley, PA 19006-5434
cr          +ecast settlement corporation,    PO Box 35480,    Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Apr 27 2017 01:39:56     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:39:26
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2017 01:39:45     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE        +E-mail/Text: bankruptcy@phila.gov Apr 27 2017 01:39:56     City of Philadelphia Law Department,
              1401 John F. Kennedy Blvd.,    Municipal Services Bldg.,    5th floor,
              Philadelphia, PA 19102-1601
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           ##+Crestar Capital, L.L.C. by US Bank Custodian,    1415 Route 70 East,    Suite 500,
              Cherry Hill, NJ 08034-2210
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
```
              ADAM D. GREENBERG    on behalf of Creditor    Crestar Capital, L.L.C. by US Bank Custodian
               agreenberg@hgllclaw.com, aholmes@hgllclaw.com
              ANDREW  SPIVACK    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1
               paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, National Association, et al
               paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
               EQUICREDIT CORPORATION OF AMERICA agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Wells Fargo Bank, National Association, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com, ecfmail@mwc-law.com
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Apr 26, 2017
                              Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              ANN E. SWARTZ    on behalf of Creditor   Select Portfolio Servicing, Inc. servicer for U.S. Bank
               N.A. as Trustee, successor in interest to Bank of America, NA as Trustee successor by merger to
               LaSalle Bank NA, as Trustee for certificateholde ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor   U.S. Bank National Association, as Trustee
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC. as servicer for
               EQUICREDIT CORPORATION OF AMERICA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              EDWARD H. WILEY    on behalf of Debtor Eufrosina T Brett edwardhwileylegal@gmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Attorney   FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GILBERT B. WEISMAN    on behalf of Creditor    ecast settlement corporation notices@becket-lee.com
              HEATHER STACEY RILOFF    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for
               LaSalle Bank National Association, on behalf of the holders of the holders of Bear Stearns Asset
               Backed Securities, Inc., Asset-Backed Certificates, Se heather@mvrlaw.com, Diane@mvrlaw.com
              HEATHER STACEY RILOFF    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for
               Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
               Securities Trust 2005-1, Asset-Backed Certificates, Serie heather@mvrlaw.com, Diane@mvrlaw.com
              JAMES P. MCGARRITY    on behalf of Debtor Eufrosina T Brett mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JAMES P. MCGARRITY    on behalf of Defendant Eufrosina T Brett mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JAMES P. MCGARRITY    on behalf of Attorney James P. McGarrity mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              JENIECE D. DAVIS    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for Wells
               Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
               Securities Trust 2005-1, Asset-Backed Certificates, Serie Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, National Association, et al
               paeb@fedphe.com
              JOHN A. TORRENTE    on behalf of Creditor   Bucks County Tax Claim Bureau
               jtorrente@begleycarlin.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN T MCQUAIL    on behalf of Creditor   JP MORGAN CHASE ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor   Wells Fargo Bank, N.A., as trustee, on behalf of
               the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates,
               Series 2005-1 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor   EquiCredit Corporation of America amps@manleydeas.com
              MARISSA M. O'CONNELL    on behalf of   City of Philadelphia Law Department
               marissa.o'connell@phila.gov, James.Feighan@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of   City of Philadelphia Law Department
               pamela.thurmond@phila.gov, james.feighan@phila.gov
              PETER E. MELTZER    on behalf of Creditor   Houtkin Consulting Corp pmeltzer@wglaw.com,
               state@wglaw.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS I. PULEO    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC. as servicer for
               EQUICREDIT CORPORATION OF AMERICA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 37
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Eufrosina Brett | : | |
| Debtor | : | Bankruptcy No. 13-11919 |

**ORDER**

AND NOW, this 26th day of April, 2017, upon consideration of the Amended Application of JAMES P. McGARRITY, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum $20,355.00, and $928.00 in reimbursement of actual, necessary expenses and after the hearing, it is hereby ORDERED that the said Application is GRANTED in part and DENIED in part. The amount $3,000.00 shall be paid from available funds by the Chapter 7 Trustee to James P. McGarrity, Esquire.

BY THE COURT:

_____
ASHELY CHAN, BANKRUPTCY JUDGE