UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919-amc |

## **CONSENTING ANSWER**

Terry P. Dershaw, Chapter 7 Trustee herein, by and through his undersigned counsel, hereby consents to the relief requested in the Motion of James McGarrity for Relief from Stay.

FOX ROTHSCHILD LLP


/s/ Edward J. DiDonato
Edward J. DiDonato
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Counsel to Trustee

ACTIVE\49309632.v1-5/25/17