**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Eufrosina Brett | : | |
| Debtor | : | Bankruptcy No. 13-11919 |

## SECOND AMENDED NOTICE OF MOTION AND HEARING DATE

**James McGarrity** has filed papers with the court seeking Relief from the Stay.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.

If you do not want the court to grant the relief sought in motion, or if you want the court to consider your views on the motion, then on or before **June16, 2017**, you or your attorney must:

File with the court a written request for a hearing an answer, explaining your position} at:

Clerk, US Bankruptcy Court
Pennsylvania - Eastern District
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your {request} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:    Movants attorney

James P. McGarrity, 1500 JFK Blvd , Suite 405

Philadelphia, PA 19102            and

Attend the hearing scheduled to be held on June 21, 2017 at 11:00 AM in Courtroom #5, United States Bankruptcy Court, 900 Market St., Philadelphia, PA 19107

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order Denying that relief.

Signature: /s/ James McGarrity            Date: June 9, 2017
James P. McGarrity
Attorney for Plaintiff