UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919-amc |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

The Trustee has filed an Objection to the Proof of Claim you filed in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection scheduled to be held before the Honorable Ashely M. Chan on **November 29, 2017 at 11:00 a.m.**, in Courtroom #5, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, Pennsylvania, 19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

DATED: October 16, 2017         Attorney for Objector:

/s/ Edward J. DiDonato
Edward J. DiDonato, Esquire
2000 Market Street; 20th Floor
Philadelphia, PA  19103
edidonato@foxrothschild.com
Counsel to Trustee

51439425.v1