UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919AMC |

## CERTIFICATE OF SERVICE

I, Edward J. DiDonato, Esquire, hereby certify that on October 19, 2017, service of the following was made by regular, postage prepaid mail upon Kevin Callahan, Esquire of the Office of the United States Trustee: (1) Notice and Application for Allowance of Interim Compensation and Reimbursement of Expenses of Counsel to the Trustee and (2) Notice and Application of Accountant to the Trustee for Allowance of Interim Compensation and Reimbursement of Expenses.

I further certify that service of the Notice of the two applications was made by regular, postage prepaid mail upon all creditors and parties in interest on the attached Service List.

FOX ROTHSCHILD LLP


/s/ Edward J. DiDonato
Edward J. DiDonato
2000 Market Street; 20th Floor
Philadelphia, PA  19103
edidonato@foxrothschild.com
Counsel to Trustee

51390838.v1

## SERVICE LIST

| | | |
|---|---|---|
| AL PERRY<br>MARK TURNER<br>2010 OREGON AVENUE<br>PHILADELPHIA, PA 19145-4225 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090-2036 | ATLANTIC CITY PALACE HOMEOWNER'S<br>ASSOCIATION<br>1507 BOARDWALK<br>NEWARK, NJ 08401-7012 |
| BANK OF AMERICA<br>5701 HORATIO ST.<br>UTICA, NY 13502-1024 | Bank of America, N.A.<br>c/o KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Bucks County Tax Claim Bureau<br>c/o John A. Torrente, Esq.<br>55 East Court Street<br>Doylestown, PA 18901 |
| CHASE<br>ATTN: OH4-7133<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219-6009 | CITY OF PHILADELPHIA<br>LAW-DEPT TAX UNIT<br>1515 ARCH STREET, 15TH FL<br>PHILADELPHIA, PA 19102-1595 | City of Philadelphia Law Department<br>Tax Unit - Bankruptcy<br>Municipal Services Building<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 |
| CITY OF PHILADELPHIA LAW DEPT<br>1515 ARCH STREET, 15TH FLOOR<br>PHILADELPHIA, PA 19102-1595<br>ATT: JOSEPH DIGIUISEPPE, ESQ. | eCAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ 07193-7012 | EMC<br>POST OFFICE BOX 293150<br>LEWISVILLE, TX 75029-3150 |
| EMC MORTGAGE CORP<br>ATTN: OH4-7133<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219-6009 | EMC MORTGAGE CORP.<br>CHASE<br>7255 BATMEADOWS WAY<br>JACKSONVILLE, FL 32256-3150 | EMC MORTGAGE CORPORATION<br>GRENEN & BIRSIC, PC<br>ONE GATEWAY CENTER, 9TH FLOOR<br>PITTSBURGH, PA 15222 |
| EMC MORTGAGE FKA MORTGAGE<br>CORPORATION<br>MAIL CODE LA4-5555- 700 KANSAS LANE<br>MONROE, LA 71203 | EUFROSINA BRETT<br>876 N. 26TH STREET<br>PHILADELPHIA, PA 19130-1821 | GE MONEY BANK<br>c/o RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2nd AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>OFFICE OF CHEIF COUNSEL<br>701 MARKET STREET<br>SUITE 200<br>PHILADELPHIA, PA 19106 | James McGarrity, Esquire<br>Suite 405 Two Penn Center<br>1500 John F. Kennedy Boulevard<br>Philadelphia, PA. 19102 |
| JPMorgan CHASE BANK, N.A.<br>CHASE RECORDS CENTER<br>MAIL CODE LA4-5555 - 700 KANSAS LANE<br>MONROE, LA 71203 | KIMBERLY A. COLEMAN, ESQ.<br>1806 SOUTH BROAD STREET<br>PHILADELPHIA, PA 19145 -2303 | LINEBARGER<br>1600 JOHN F KENNEDY BOULEVARD<br>PHILADELPHIA, PA 19103-2818 |

51390838.v1

| | | |
|---|---|---|
| LVNV FUNDING of CITIBANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | PECO<br>BANKRUPTCY DEPT<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103-1338 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 |
| PETER MELTZER, ESQUIRE<br>2000 MARKET STREET, SUITE 1300<br>PHILADELPHIA, PA 19103-3204 | PHILADELPHIA PARKING AUTHORITY<br>MELLON INDEPENDENCE CENTER<br>701 MARKET STREET; SUITE 5400<br>PHILADELPHIA, PA 19106 | PHILADELPHIA TRAFFIC COURT<br>800 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123-2690 |
| RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 S.E. 2nd AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 | Rjm Acquisitions LLC<br>338 Jericho Tpke<br>Syosset, NY 11791-4507 | SELECT PORTFOLIO<br>3217 Decker Lake Drive<br>W. Valley City, UT 84119-3284 |
| Select Portfolio Servicing, Inc.<br>P.O. Box 65452<br>Salt Lake City, UT 84165 | THE BANK OF NEW YORK MELLON FKA<br>THE BANK OF NEW YORK, AS TRUSTEE, et al<br>c/o Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | WATER REVENUE BUREAU<br>1401 JOHN F. KENNEDY BOULEVARD<br>PHILADELPHIA, PA 19102-1663 |
| WELLS FARGO<br>ONE HOME CAMPUS MAC<br>DES MOINES, IL 50328-0001 | Margaret Gairo, Esq., Marisa J. Cohen, Esq.<br>Kevin T. McQuail, Esq., Ann E. Swartz, Esquire<br>123 South Broad Street; Suite 1400<br>Philadelphia, PA 19109 | Andrew F. Gornall, Esquire<br>Joshua I. Goldman, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 |
| Andrew L. Spivack, Esquire<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | John A. Torrente, Esquire<br>Begley, Carlin & Mandio, LLP<br>680 Middletown Blvd.<br>Langhorne, PA 19047 | Pamela Elchert Thurmond, Esquire<br>Assistant City Solicitor<br>Attorney for the City of Philadelphia<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595 |
| Kimberly A. Bonner, Esquire<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>200 Sheffield Street, Suite 101<br>Mountainside, NJ 07092 | Adam D. Greenberg, Esquire<br>HONIG & GREENBERG, L.L.C.<br>1949 Berlin Road; Suite 200<br>Cherry Hill, N.J. 08003-3737 | Eufrosina T. Brett<br>P.O. Box 37154<br>Philadelphia, PA 19148 |
| Edward H. Wiley, Esquire<br>2449 Golf Road<br>Office #12<br>Philadelphia, PA 19131 | Alistair Brett<br>3000 Connecticut Avenue NW, Apt. 307<br>Washington, DC 20008-2531 | Select Portfolio Servicing, Inc. as Servicer<br>For Equicredit Corporation of America<br>c/o Thomas Puleo, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 |
| Select Portfolio Servicing, Inc. as Servicer<br>For Equicredit Corporation of America<br>c/o Brian C. Nicholas, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 | | |