UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919-amc |

**O R D E R**

AND NOW, this 15th day of November, 2017, upon consideration of the Application of counsel to the Trustee for allowance of interim compensation in the amount of $67,703.00 and reimbursement of expenses in the amount of $761.01, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that interim compensation in the amount of $ 67,703.00 , plus expenses in the amount of $ 761.01 are allowed to Fox Rothschild LLP as counsel to the Trustee for the period January 4, 2016 through July 31, 2017.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

51389474.v1