UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

EUFROSINA T. BRETT

DEBTOR : BKY. NO. 13-11919-amc

**O R D E R**

AND NOW, this 15th day of November, 2017, upon consideration of the Application of the Accountant to the Trustee for Allowance of Interim Compensation and Reimbursement of Expenses, and after proper Notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that interim compensation in the amount of $ 6,952.50, plus expenses in the amount of $ 64.36 are allowed to Scott H. Kessler, CPA for the period July 25, 2016 through September 28, 2017.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

51471748.v1