United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-11919-amc
Eufrosina T Brett                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                Page 1 of 2           Date Rcvd: Nov 15, 2017
                             Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db             +Eufrosina T Brett,    876 N. 26th Street,    Philadelphia, PA 19130-1821
aty             FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA  19103-3222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2017 01:59:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
        ADAM D. GREENBERG    on behalf of Creditor    Crestar Capital, L.L.C. by US Bank Custodian
               agreenberg@hgllclaw.com, aholmes@hgllclaw.com
        ANDREW  SPIVACK     on behalf of Creditor    Wells Fargo Bank, National Association, et al
                paeb@fedphe.com
        ANDREW  SPIVACK     on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
                BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1
                paeb@fedphe.com
        ANDREW F GORNALL    on behalf of Creditor    Wells Fargo Bank, National Association, et al...
                agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW
                YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL agornall@kmllawgroup.com,
                bkgroup@kmllawgroup.com
        ANDREW F GORNALL    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
                EQUICREDIT CORPORATION OF AMERICA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        ANN E. SWARTZ    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com, ecfmail@mwc-law.com
        ANN E. SWARTZ     on behalf of Creditor    Select Portfolio Servicing, Inc. servicer for U.S. Bank
                N.A. as Trustee, successor in interest to Bank of America, NA as Trustee successor by merger to
                LaSalle Bank NA, as Trustee for certificateholde ecfmail@mwc-law.com, ecfmail@mwc-law.com
        ANN E. SWARTZ     on behalf of Creditor    U.S. Bank National Association, as Trustee
                ecfmail@mwc-law.com, ecfmail@mwc-law.com
        ANN E. SWARTZ     on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
                ecfmail@mwc-law.com, ecfmail@mwc-law.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
                EQUICREDIT CORPORATION OF AMERICA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        EDWARD H. WILEY     on behalf of Debtor Eufrosina T Brett edwardhwileylegal@gmail.com
        EDWARD J. DIDONATO     on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
                brian-oneill-fox-5537@ecf.pacerpro.com
        EDWARD J. DIDONATO     on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
                brian-oneill-fox-5537@ecf.pacerpro.com
        EDWARD J. DIDONATO     on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
                brian-oneill-fox-5537@ecf.pacerpro.com
        GILBERT B. WEISMAN     on behalf of Creditor    ecast settlement corporation notices@becket-lee.com
        HEATHER STACEY RILOFF     on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
                LaSalle Bank National Association, on behalf of the holders of the holders of Bear Stearns Asset
                Backed Securities, Inc., Asset-Backed Certificates, Se heather@mvrlaw.com, Michelle@mvrlaw.com
        HEATHER STACEY RILOFF     on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
                Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
                Securities Trust 2005-1, Asset-Backed Certificates, Serie heather@mvrlaw.com,
                Michelle@mvrlaw.com

```
District/off: 0313-2                  User: John                    Page 2 of 2                   Date Rcvd: Nov 15, 2017
                                      Form ID: pdf900               Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JAMES P. MCGARRITY    on behalf of Defendant Eufrosina T Brett mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JAMES P. MCGARRITY    on behalf of Attorney James P. McGarrity mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JAMES P. MCGARRITY    on behalf of Debtor Eufrosina T Brett mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          JENIECE D. DAVIS    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Wells
           Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
           Securities Trust 2005-1, Asset-Backed Certificates, Serie Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et al
           paeb@fedphe.com
          JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
           jtorrente@begleycarlin.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN T MCQUAIL    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com
          KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of
           the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates,
           Series 2005-1 amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    EquiCredit Corporation of America amps@manleydeas.com
          MARISSA M. O'CONNELL    on behalf of    City of Philadelphia Law Department
           marissa.o'connell@phila.gov,  James.Feighan@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
           pamela.thurmond@phila.gov,  james.feighan@phila.gov
          PETER E. MELTZER    on behalf of Creditor    Houtkin Consulting Corp pmeltzer@wglaw.com,
           state@wglaw.com
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
           EQUICREDIT CORPORATION OF AMERICA tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                                            TOTAL: 37

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
EUFROSINA T. BRETT :
:
DEBTOR : BKY. NO. 13-11919-amc

**O R D E R**

AND NOW, this 15th day of November, 2017, upon consideration of the Application of counsel to the Trustee for allowance of interim compensation in the amount of $67,703.00 and reimbursement of expenses in the amount of $761.01, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that interim compensation in the amount of $ 67,703.00, plus expenses in the amount of $ 761.01 are allowed to Fox Rothschild LLP as counsel to the Trustee for the period January 4, 2016 through July 31, 2017.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

51389474.v1