UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 7
                                                    :
EUFROSINA T. BRETT                                  :
                                                    :
                    DEBTOR                          : BKY. NO. 13-11919-amc

## O R D E R

AND NOW, this ⁊ day of _____ , 2017, upon consideration of the

Objection of Trustee to Proof of Claim #13 and after a hearing held, it is hereby

ORDERED that Proof of Claim #13 of Wells Fargo Bank, National Association, as

Trustee for Bear Stearns Asset Backed Securities Trust 2005-1, Asset Backed Certificates, Series

2005-1 is DENIED in its entirety.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

51440649.v1