UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919AMC |

## CERTIFICATE OF SERVICE

I, Edward J. DiDonato, Esquire, hereby certify that on February 14, 2018, service of the following was made by regular, postage prepaid mail upon Kevin Callahan, Esquire of the Office of the United States Trustee: (1) Application for Allowance of Final Compensation and Reimbursement of Expenses of Counsel to the Trustee and (2) Application of Accountant to the Trustee for Allowance of Final Compensation.

I further certify that service of the Notice of the two applications was made by regular, postage prepaid mail upon all creditors and parties in interest on the attached Service List.

FOX ROTHSCHILD LLP

/s/ Edward J. DiDonato
Edward J. DiDonato
2000 Market Street; 20th Floor
Philadelphia, PA 19103
edidonato@foxrothschild.com
Counsel to Trustee

53551932.v1

## SERVICE LIST

AL PERRY
MARK TURNER
2010 OREGON AVENUE
PHILADELPHIA, PA 19145-4225

ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI 48090-2036

ATLANTIC CITY PALACE
HOMEOWNER'S ASSOCIATION
1507 BOARDWALK
NEWARK, NJ 08401-7012

BANK OF AMERICA
5701 HORATIO ST.
UTICA, NY 13502-1024

Bank of America, N.A.
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Bucks County Tax Claim Bureau
c/o John A. Torrente, Esq.
55 East Court Street
Doylestown, PA 18901

CHASE
ATTN: OH4-7133
3415 VISION DRIVE
COLUMBUS, OH 43219-6009

CITY OF PHILADELPHIA
LAW-DEPT TAX UNIT
1515 ARCH STREET, 15TH FL
PHILADELPHIA, PA 19102-1595

City of Philadelphia Law Department
Tax Unit - Bankruptcy
Municipal Services Building
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

CITY OF PHILADELPHIA LAW DEPT
1515 ARCH STREET, 15TH FLOOR
PHILADELPHIA, PA 19102-1595
ATT: JOSEPH DIGIUISEPPE, ESQ.

eCAST SETTLEMENT CORPORATION
PO BOX 35480
NEWARK, NJ 07193-7012

EMC
POST OFFICE BOX 293150
LEWISVILLE, TX 75029-3150

EMC MORTGAGE CORP
ATTN: OH4-7133
3415 VISION DRIVE
COLUMBUS, OH 43219-6009

EMC MORTGAGE CORP.
CHASE
7255 BATMEADOWS WAY
JACKSONVILLE, FL 32256-3150

EMC MORTGAGE CORPORATION
GRENEN & BIRSIC, PC
ONE GATEWAY CENTER
9TH FLOOR
PITTSBURGH, PA 15222

EMC MORTGAGE FKA MORTGAGE
CORPORATION
MAIL CODE LA4-5555- 700 KANSAS LANE
MONROE, LA 71203

EUFROSINA BRETT
876 N. 26TH STREET
PHILADELPHIA, PA 19130-1821

GE MONEY BANK
c/o RECOVERY MANAGEMENT
SYSTEMS CORP
25 SE 2nd AVENUE, SUITE 1120
MIAMI, FL 33131-1605

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
OFFICE OF CHEIF COUNSEL
701 MARKET STREET
SUITE 200
PHILADELPHIA, PA 19106

James McGarrity, Esquire
Suite 405 Two Penn Center
1500 John F. Kennedy Boulevard
Philadelphia, PA. 19102

JPMorgan CHASE BANK, N.A.
CHASE RECORDS CENTER
MAIL CODE LA4-5555 - 700 KANSAS LANE
MONROE, LA 71203

KIMBERLY A. COLEMAN, ESQ.
1806 SOUTH BROAD STREET
PHILADELPHIA, PA 19145 -2303

LINEBARGER
1600 JFK BOULEVARD
PHILADELPHIA, PA 19103-2818

53551932.v1

| | | |
|---|---|---|
| LVNV FUNDING of CITIBANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | PECO<br>BANKRUPTCY DEPT<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103-1338 | PENNSYLVANIA DEPARTMENT<br>OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 |
| PETER MELTZER, ESQUIRE<br>2000 MARKET STREET, SUITE 1300<br>PHILADELPHIA, PA 19103-3204 | PHILADELPHIA PARKING AUTHORITY<br>MELLON INDEPENDENCE CENTER<br>701 MARKET STREET; SUITE 5400<br>PHILADELPHIA, PA 19106 | PHILADELPHIA TRAFFIC COURT<br>800 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123-2690 |
| RECOVERY MANAGEMENT SYSTEMS<br>CORPORATION<br>25 S.E. 2nd AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 | Rjm Acquisitions LLC<br>338 Jericho Tpke<br>Syosset, NY 11791-4507 | SELECT PORTFOLIO<br>3217 Decker Lake Drive<br>W. Valley City, UT 84119-3284 |
| Select Portfolio Servicing, Inc.<br>P.O. Box 65452<br>Salt Lake City, UT 84165 | THE BANK OF NEW YORK MELLON FKA<br>THE BANK OF NEW YORK, AS TRUSTEE, et al<br>c/o Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | WATER REVENUE BUREAU<br>1401 JFK BOULEVARD<br>PHILADELPHIA, PA 19102-1663 |
| WELLS FARGO<br>ONE HOME CAMPUS MAC<br>DES MOINES, IL 50328-0001 | Margaret Gairo, Esq., Marisa J. Cohen, Esq.<br>Kevin T. McQuail, Esq., Ann E. Swartz, Esquire<br>123 South Broad Street; Suite 1400<br>Philadelphia, PA 19109 | Andrew F. Gornall, Esquire<br>Joshua I. Goldman, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 |
| Andrew L. Spivack, Esquire<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | John A. Torrente, Esquire<br>Begley, Carlin & Mandio, LLP<br>680 Middletown Blvd.<br>Langhorne, PA 19047 | Pamela Elchert Thurmond, Esquire<br>Assistant City Solicitor<br>Attorney for the City of Philadelphia<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595 |
| Kimberly A. Bonner, Esquire<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>200 Sheffield Street, Suite 101<br>Mountainside, NJ 07092 | Adam D. Greenberg, Esquire<br>HONIG & GREENBERG, L.L.C.<br>1949 Berlin Road; Suite 200<br>Cherry Hill, N.J. 08003-3737 | Eufrosina T. Brett<br>P.O. Box 37154<br>Philadelphia, PA 19148 |
| Edward H. Wiley, Esquire<br>2449 Golf Road<br>Office #12<br>Philadelphia, PA 19131 | Alistair Brett<br>3000 Connecticut Avenue NW, Apt. 307<br>Washington, DC 20008-2531 | Select Portfolio Servicing, Inc.<br>as Servicer For Equicredit<br>Corporation of America<br>c/o Thomas Puleo, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 |
| Select Portfolio Servicing, Inc. as Servicer<br>For Equicredit Corporation of America<br>c/o Brian C. Nicholas, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 | | |

53551932.v1