UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| EUFROSINA T. BRETT | : |
| | : |
| DEBTOR | : BKY. NO. 13-11919-amc |

**O R D E R**

AND NOW, this 14th day of March, 2018, upon consideration of the Application of counsel to the Trustee for allowance of final compensation in the amount of $19,008.00 and reimbursement of expenses in the amount of $94.09, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that final compensation in the amount of $19,008.00, plus expenses in the amount of $94.09 are allowed to Fox Rothschild LLP as counsel to the Trustee for the period August 1, 2017 through January 31, 2018.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

53549323.v1