UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                               : CHAPTER 7
                                                          :
EUFROSINA T. BRETT                    :
                                                          :
                 DEBTOR                : BKY. NO. 13-11919-amc

**O R D E R**

AND NOW, this 14th day of March, 2018, upon consideration of the Application of the Accountant to the Trustee for Allowance of Final Compensation and after proper Notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that final compensation in the amount of $ 875.00 is allowed to Scott H. Kessler, CPA for the period October 1, 2017 through January 31, 2018.

                                      BY THE COURT:

                                      _____
                                      ASHELY M. CHAN
                                      U.S. BANKRUPTCY JUDGE

53553298.v1