United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-11919-amc
Eufrosina T Brett                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey               Page 1 of 2              Date Rcvd: Mar 14, 2018
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
db            +Eufrosina T Brett,    876 N. 26th Street,    Philadelphia, PA 19130-1821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
              ADAM D. GREENBERG    on behalf of Creditor    Crestar Capital, L.L.C. by US Bank Custodian
               agreenberg@hgllclaw.com, aholmes@hgllclaw.com
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, National Association, et al
               paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1
               paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Wells Fargo Bank, National Association, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
               EQUICREDIT CORPORATION OF AMERICA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Select Portfolio Servicing, Inc. servicer for U.S. Bank
               N.A. as Trustee, successor in interest to Bank of America, NA as Trustee successor by merger to
               LaSalle Bank NA, as Trustee for certificateholde ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
               EQUICREDIT CORPORATION OF AMERICA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              EDWARD H. WILEY    on behalf of Debtor Eufrosina T Brett edwardhwileylegal@gmail.com
              EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com
              GILBERT B. WEISMAN    on behalf of Creditor    ecast settlement corporation notices@becket-lee.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               LaSalle Bank National Association, on behalf of the holders of the holders of Bear Stearns Asset
               Backed Securities, Inc., Asset-Backed Certificates, Se heather@mvrlaw.com, Michelle@mvrlaw.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
               Securities Trust 2005-1, Asset-Backed Certificates, Serie heather@mvrlaw.com,
               Michelle@mvrlaw.com
              JAMES P. MCGARRITY    on behalf of Attorney James P. McGarrity mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com

```
District/off: 0313-2            User: Stacey              Page 2 of 2              Date Rcvd: Mar 14, 2018
                                Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JAMES P. MCGARRITY    on behalf of Debtor Eufrosina T Brett mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JAMES P. MCGARRITY    on behalf of Defendant Eufrosina T Brett mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          JENIECE D. DAVIS    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Wells
           Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
           Securities Trust 2005-1, Asset-Backed Certificates, Serie Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et al
           paeb@fedphe.com
          JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
           jtorrente@begleycarlin.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN T MCQUAIL    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com
          KIMBERLY A. BONNER    on behalf of Creditor    EquiCredit Corporation of America amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of
           the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates,
           Series 2005-1 amps@manleydeas.com
          MARISSA M. O'CONNELL    on behalf of    City of Philadelphia Law Department
           marissa.o'connell@phila.gov, James.Feighan@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
           pamela.thurmond@phila.gov, karena.blaylock@phila.gov
          PETER E. MELTZER    on behalf of Creditor    Houtkin Consulting Corp pmeltzer@wglaw.com,
           state@wglaw.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
           EQUICREDIT CORPORATION OF AMERICA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                                    TOTAL: 37

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| EUFROSINA T. BRETT | : |
| DEBTOR | : BKY. NO. 13-11919-amc |

**O R D E R**

AND NOW, this 14th day of March, 2018, upon consideration of the Application of counsel to the Trustee for allowance of final compensation in the amount of $19,008.00 and reimbursement of expenses in the amount of $94.09, and after notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that final compensation in the amount of $19,008.00, plus expenses in the amount of $94.09 are allowed to Fox Rothschild LLP as counsel to the Trustee for the period August 1, 2017 through January 31, 2018.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

53549323.v1