United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Eufrosina T Brett
    Debtor

Case No. 13-11919-amc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 2     Date Rcvd: Mar 14, 2018
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.
db         +Eufrosina T Brett,   876 N. 26th Street,   Philadelphia, PA 19130-1821
acc        +Scott H. Kessler,   2543 Kirk Drive,   Huntingdon Valley, PA 19006-5434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2018 at the address(es) listed below:
         ADAM D. GREENBERG    on behalf of Creditor    Crestar Capital, L.L.C. by US Bank Custodian
          agreenberg@hgllclaw.com, aholmes@hgllclaw.com
         ANDREW  SPIVACK     on behalf of Creditor    Wells Fargo Bank, National Association, et al
          paeb@fedphe.com
         ANDREW  SPIVACK     on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
          BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1
          paeb@fedphe.com
         ANDREW F GORNALL    on behalf of Creditor    Wells Fargo Bank, National Association, et al...
          agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         ANDREW F GORNALL    on behalf of Creditor    THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW
          YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         ANDREW F GORNALL    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
          EQUICREDIT CORPORATION OF AMERICA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         ANN E. SWARTZ     on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com, ecfmail@mwc-law.com
         ANN E. SWARTZ     on behalf of Creditor    Select Portfolio Servicing, Inc. servicer for U.S. Bank
          N.A. as Trustee, successor in interest to Bank of America, NA as Trustee successor by merger to
          LaSalle Bank NA, as Trustee for certificateholde ecfmail@mwc-law.com, ecfmail@mwc-law.com
         ANN E. SWARTZ     on behalf of Creditor    U.S. Bank National Association, as Trustee
          ecfmail@mwc-law.com, ecfmail@mwc-law.com
         ANN E. SWARTZ     on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
          ecfmail@mwc-law.com, ecfmail@mwc-law.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
          EQUICREDIT CORPORATION OF AMERICA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         EDWARD H. WILEY     on behalf of Debtor Eufrosina T Brett edwardhwileylegal@gmail.com
         EDWARD J. DIDONATO     on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
         EDWARD J. DIDONATO     on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
         EDWARD J. DIDONATO     on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
          brian-oneill-fox-5537@ecf.pacerpro.com
         GILBERT B. WEISMAN     on behalf of Creditor    ecast settlement corporation notices@becket-lee.com
         HEATHER STACEY RILOFF     on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
          LaSalle Bank National Association, on behalf of the holders of the holders of Bear Stearns Asset
          Backed Securities, Inc., Asset-Backed Certificates, Se heather@mvrlaw.com, Michelle@mvrlaw.com
         HEATHER STACEY RILOFF     on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
          Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
          Securities Trust 2005-1, Asset-Backed Certificates, Serie heather@mvrlaw.com,
          Michelle@mvrlaw.com
         JAMES P. MCGARRITY     on behalf of Attorney James P. McGarrity mcgarritylaw@gmail.com,
          mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Mar 14, 2018
                              Form ID: pdf900           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JAMES P. MCGARRITY    on behalf of Debtor Eufrosina T Brett mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JAMES P. MCGARRITY    on behalf of Defendant Eufrosina T Brett mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
              JENIECE D. DAVIS    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Wells
               Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
               Securities Trust 2005-1, Asset-Backed Certificates, Serie Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et al
               paeb@fedphe.com
              JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
               jtorrente@begleycarlin.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN T MCQUAIL    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of
               the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates,
               Series 2005-1 amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    EquiCredit Corporation of America amps@manleydeas.com
              MARISSA M. O'CONNELL    on behalf of    City of Philadelphia Law Department
               marissa.o'connell@phila.gov,    James.Feighan@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department
               pamela.thurmond@phila.gov,    karena.blaylock@phila.gov
              PETER E. MELTZER    on behalf of Creditor    Houtkin Consulting Corp pmeltzer@wglaw.com,
               state@wglaw.com
              TERRY P. DERSHAW     td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for
               EQUICREDIT CORPORATION OF AMERICA tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 37
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

EUFROSINA T. BRETT

        DEBTOR : BKY. NO. 13-11919-amc

**O R D E R**

AND NOW, this 14th day of March, 2018, upon consideration of the Application of the Accountant to the Trustee for Allowance of Final Compensation and after proper Notice and the filing of the Certificate of No Objection, it is hereby

ORDERED that final compensation in the amount of $ 875.00 is allowed to Scott H. Kessler, CPA for the period October 1, 2017 through January 31, 2018.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

53553298.v1