United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-11919-amc
Eufrosina T Brett                                                         Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 4                Date Rcvd: Jul 19, 2018
                               Form ID: pdf900           Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
```
db            +Eufrosina T Brett,    876 N. 26th Street,    Philadelphia, PA 19130-1821
aty            FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA 19103-3222
aty           +James P. McGarrity,    1249 New Philadelphia Road,    Pottstown, PA 19465-8667
cr            +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr            +Bucks County Tax Claim Bureau,    c/o John A. Torrente,    55 E. Court Street,
               Doylestown, PA 18901-4318
r             +Century 21,   Attn: Al Perry,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
r             +Century 21 Advantage Gold,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
acc           +Scott H. Kessler,    2543 Kirk Drive,    Huntingdon Valley, PA 19006-5434
12989918       AL PERRY,    2010 OREGON AVENUE,    PHILADELPHIA, PA 19145-4225
12989883       ATLANTIC CITY PALACE HOMEOWNER’S ASSOCIATION,    1507 BOARDWALK,    NEWARK, NJ 08401-7012
13394494      +Atlantic Palace Condominium Assoc.,    Charles H. Nugent, Jr. Esquire,    530 Lippincott Drive,
               Marlton, NJ 08053-4805
13786027      +Atlantic Palace Condominium Association,    1507 Boardwalk,    Atlantic City, NJ 08401-7012
12989884       BANK OF AMERICA,    PO BOX 9000,    GETZVILLE, NY 14068-9000
12989875     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: BANK OF AMERICA,    PO BOX 15726,    WILMINGTON, DE 19886-5726)
13095374      +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13144696      +Bucks County Tax Claim Bureau,    c/o John A. Torrente,Esq.,    55 East Court Street,
               Doylestown, PA 18901-4318
12989890       CHASE,   ATTN: OH4-7133,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
12989877       EMC,   POST OFFICE BOX 293150,    LEWISVILLE, TX 75029-3150
12989886       EMC MORTGAGE,    PO BOX 293150,    LEWISVILLE, TX 75029-3150
12989891       EMC MORTGAGE CORP,    ATTN: OH4-7133,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
12989878      +EMC MORTGAGE CORP.,    CHASE,    7255 BATMEADOWS WAY,    JACKSONVILLE, FL 32256-6851
12989887       EMC MORTGAGE CORPORATION,    GRENEN & BIRSIC, PC,    ONE GATEWAY CENTER, 9TH FLOOR,
               PITTSBURGH, PA 15222
12989881       EMC MORTGAGE FKA MORTGAGE CORPORATION,    MIAL CODE LA4-5555- 700 KANSAS LANE,
               MONROE, LA 71203
12989909       EUFROSINA BRETT,    876 N. 26TH STREET,    PHILADELPHIA, PA 19130-1821
12989893       HOUTKIN CONSULTING,    3900 ISLAND BOULEVARD,    NORTH MIAMI BEACH, FL 33160-4951
12989888       HOUTKIN CONSULTING CORPORATION,    7100 ISLAND BOULEVARD. SLIP #21,    AVENTURA, FL 33160-4909
12989880       HOUTKIN COUNSELING,    3900 ISLAND BOULEVARD PH,    NORTH MIAMI BEACH, FL 33160-4951
12989894       JPMorgan CHASE bANK, N.A.,    CHASE RECORDS CENTER,    MAIL CODE LA4-5555 - 700 KANSAS LANE,
               MONROE, LA 71203
13096467      +James McGarrity, Esquire,    42 S. 15th Street,    Suite 1000,    Philadelphia, PA. 19102-2205
12989895       KIMBERLY A. COLEMAN, Esq.,    1806 SOUTH BROAD STREET,    PHILADELPHIA, PA 19145 -2303
12989879       KLM Law Group,    SUITE 5000. 701 MARKET ST,    PHILADELPHIA, PA 19106-1541
12989896       LINEBARGER,    1600 JOHN F KENNEDY BOULEVARD,    PHILADELPHIA, PA 19103-2818
12989919       PETER MELTZER, ESQUIRE,    2000 MARKET STREET, SUITE 1300,    PHILADELPHIA, PA 19103-3204
12989911       PHILADELPHIA PARKING AUTHORITY,    1201 FILBERT STREET,    PHILADELPHIA, PA 19107-2818
12989905       PHILADELPHIA TRAFFIC COURT,    800 NORTH BROAD STREET,    PHILADELPHIA, PA 19130-2202
12989912      +PHILADELPHIA TRAFFIC COURT,    800 SPRING GARDEN STREET,    PHILADELPHIA, PA 19123-2690,
               HONORABLE BERNICE DEANGELIS 19123-2690
12989906       PORTFOLIO ACQUISITIONS,    PO BOX 10527,    ATLANTA, GA 30310
13410743      +Philadelphia Municipal Court,    Traffic Division,    800 Spring Garden Street,
               Philadelphia, PA 19123-2616
13176787      +Select Portfolio Servicing, Inc.,    P.O. Box 65452,    Salt Lake City, UT 84165-0452
13123249       THE BANK OF NEW YORK MELLON FKA,    THE BANK OF NEW YORK,AS TRUSTEE, et al,
               c/o Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12989908       WELLS FARGO,    ONE HOME CAMPUS MAC,    DES MOINES, IL 50328-0001
13143887      +Wells Fargo Bank, National Association, et.al.,    Select Portfolio Servicing Inc,
               338 S. Warminster RD,    Hatboro, PA 19040-3430
12989882       eCAST SETTLEMENT CORPORATION,    PO BOX 35480,    NEWARK, NJ 07193-7012
12989901       eCAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CHASE BANK USA, N.A.,    PO BOX 35480,
               NEWARK, NJ 07193-5480
12989915       eCAST SETTLEMENT CORPORATION, SUCCESSOR,    TO SEARS ROEBUCK & Co.,    PO BOX 35480,
               NEWARK, NJ 07193-5480
12989892       eCAST SETTLEMENT SUCC TO SEARS,    PO BOX 34580,    NEWARK, NJ 07193-0001
13120167       eCAST Settlement Corporation, assignee,    of Sears Roebuck and Co.,    POB 35480,
               Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:31      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2018 02:26:22     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE           E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:32      City of Philadelphia Law Department,
               1401 John F. Kennedy Blvd.,    Municipal Services Bldg.,
               5th floor,    Philadelphia, PA 19102
12989874       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 20 2018 02:26:16     ASSET ACCEPTANCE LLC,
               PO BOX 2036,    WARREN, MI 48090-2036
```

```
District/off: 0313-2            User: Stacey                Page 2 of 4                  Date Rcvd: Jul 19, 2018
                                Form ID: pdf900             Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12989876       E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:31     CITY OF PHILADELPHIA,
                LAW-DEPT TAX UNIT,   1515 ARCH STREET, 15TH FL,   PHILADELPHIA, PA 19102-1595
12989885       E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:31     CITY OF PHILADELPHIA LAW DEPT,
                1515 ARCH STREET - ATT J. DiGuisepe, EsQ,   15TH FLOOR,   PHILADELPHIA, PA 19102-1595
13086501       E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:31
                City of Philadelphia Law Department,   Tax Unit - Bankruptcy,   Municipal Services Building,
                1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1595
13693448      +E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:31
                CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,   BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
12989889       E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2018 02:20:27     GE MONEY BANK,
                c/o RECOVERY MANAGEMENT SYSTEMS CORP,   25 SE 2nd AVENUE, SUITE 1120,   MIAMI, FL 33131-1605
12989917       E-mail/Text: cio.bncmail@irs.gov Jul 20 2018 02:25:59     DEPARTMENT OF TREASURY,
                INTERNAL REVENUE SERVICE,   PO BOX 21126,   PHILADELPHIA, PA 19114
12989903       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2018 02:19:58
                LVNV FUNDING of CITIBANK,   RESURGENT CAPITAL SERVICES,   PO BOX 10587,
                GREENVILLE, SC 29603-0587
12989910       E-mail/Text: bankruptcygroup@peco-energy.com Jul 20 2018 02:26:00      PECO,   BANKRUPTCY DEPT,
                2301 MARKET STREET,   PHILADELPHIA, PA 19103-1338
12989897       E-mail/Text: bankruptcygroup@peco-energy.com Jul 20 2018 02:26:00      PECO ENERGY COMPANY,
                2301 MARKET STREET, S23-1,   PHILADELPHIA, PA 19103-1380
12989904       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:14
                PENNSYLVANIA DEPARTMENT OF REVENUE,   BANRUPTCY DIVISION,   PO BOX 280946,
                HARRISBURG, PA 17128-0946
12989898      +E-mail/Text: bankruptcy@philapark.org Jul 20 2018 02:26:39     PHILADELPHIA PARKING AUTHORITY,
                3101 MARKET STREET,   PHILADELPHIA, PA 19104-2806
13002753       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:14
                Pennsylvania Department of Revenue,   Bankruptcy Division,  P.O Box 280946,
                Harrisburg, PA  17128-0946
12989913       E-mail/PDF: rmscedi@recoverycorp.com Jul 20 2018 02:19:50
                RECOVERY MANAGEMENT SYSTEMS CORPORATION,   25 S.E. 2nd AVEBUE, SUITE 1120,
                MIAMI, FL 33131-1605
12989914       E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 20 2018 02:26:16     UNITED STATES TRUSTEE,
                OFFICE OF THE U.s. TRUSTEE,   833 CHESTNUT STREET,   SUITE 500,   PHILADELPHIA, PA 19107-4405
12989900       E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:32     WATER REVENUE BUREAU,
                1401 JOHN F. KENNEDY BOULEVARD,   PHILADELPHIA, PA 19102-1663
12989902       E-mail/Text: eforbes@ph13trustee.com Jul 20 2018 02:26:01     WILLIAM C. MILLER,
                CHAPTER 13 TRUSTEE,   111 SOUTH INDEPENDENCE MALL,   SUITE 583,   PHILADELPHIA, PA 19106-2520
                                                                                              TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +ecast settlement corporation,   PO Box 35480,   Newark, NJ 07193-5480
12989873*      INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA, PA 19101-7346
12989916*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: INTERNAL REVENUE SERVICE,   OFFICE OF CHEIF COUNSEL,
                701 MARKET STREET,   SUITE 200,   PHILADELPHIA, PA 19106)
13153785*      eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
cr            ##+Crestar Capital, L.L.C. by US Bank Custodian,   1415 Route 70 East,   Suite 500,
                Cherry Hill, NJ 08034-2210
12999473      ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
12989907      ##SELECT PORTFOLIO,   3815 SOUTH WEST TEMPLE,   SALT LAKE CITY, UT 84115-4412
12989899      ##+SELECT PROFOLIO SERVICING, Inc.,   3815 sOUTH WEST TEMPLE,   SALT LAKE CITY, UT 84115-4412
                                                                                    TOTALS: 0, * 5, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Stacey              Page 3 of 4              Date Rcvd: Jul 19, 2018
                              Form ID: pdf900           Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:

```
          ADAM D. GREENBERG    on behalf of Creditor   Crestar Capital, L.L.C. by US Bank Custodian
           agreenberg@hgllclaw.com, aholmes@hgllclaw.com
          ANDREW  SPIVACK    on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1
           paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor   Wells Fargo Bank, National Association, et al
           paeb@fedphe.com
          ANDREW F GORNALL    on behalf of Creditor   Wells Fargo Bank, National Association, et al...
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor   THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW
           YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC. as servicer for
           EQUICREDIT CORPORATION OF AMERICA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor   U.S. Bank National Association, as Trustee
           ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
           ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor   JP MORGAN CHASE ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor   Select Portfolio Servicing, Inc. servicer for U.S. Bank
           N.A. as Trustee, successor in interest to Bank of America, NA as Trustee successor by merger to
           LaSalle Bank NA, as Trustee for certificateholde ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC. as servicer for
           EQUICREDIT CORPORATION OF AMERICA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          EDWARD H. WILEY    on behalf of Debtor Eufrosina T Brett edwardhwileylegal@gmail.com
          EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Attorney   FOX ROTHSCHILD LLP edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com
          GILBERT B. WEISMAN    on behalf of Creditor   ecast settlement corporation notices@becket-lee.com
          HEATHER STACEY RILOFF    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for
           LaSalle Bank National Association, on behalf of the holders of the holders of Bear Stearns Asset
           Backed Securities, Inc., Asset-Backed Certificates, Se heather@mvrlaw.com, Michelle@mvrlaw.com
          HEATHER STACEY RILOFF    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for
           Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
           Securities Trust 2005-1, Asset-Backed Certificates, Serie heather@mvrlaw.com,
           Michelle@mvrlaw.com
          JAMES P. MCGARRITY    on behalf of Attorney James P. McGarrity mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JAMES P. MCGARRITY    on behalf of Debtor Eufrosina T Brett mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JAMES P. MCGARRITY    on behalf of Defendant Eufrosina T Brett mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com,
           brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
          JENIECE D. DAVIS    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for Wells
           Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed
           Securities Trust 2005-1, Asset-Backed Certificates, Serie Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
          JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, National Association, et al
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
           paeb@fedphe.com
          JOHN A. TORRENTE    on behalf of Creditor   Bucks County Tax Claim Bureau
           jtorrente@begleycarlin.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN T MCQUAIL    on behalf of Creditor   JP MORGAN CHASE ecfmail@mwc-law.com
```

```
District/off: 0313-2                  User: Stacey                    Page 4 of 4                      Date Rcvd: Jul 19, 2018
                                      Form ID: pdf900                 Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates, Series 2005-1 amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    EquiCredit Corporation of America amps@manleydeas.com
          MARISSA M. O'CONNELL    on behalf of    City of Philadelphia Law Department marissa.o'connell@phila.gov, James.Feighan@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department pamela.thurmond@phila.gov, karena.blaylock@phila.gov
          PETER E. MELTZER    on behalf of Creditor    Houtkin Consulting Corp pmeltzer@wglaw.com, mrivera@wglaw.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for EQUICREDIT CORPORATION OF AMERICA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                               TOTAL: 37

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: BRETT, EUFROSINA T § Case No. 13-11919-BIF-AMC
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that TERRY P. DERSHAW, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
900 MARKET STREET - STE. 400
PHILADLEPHIA, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00AM on 08/22/2018 in Courtroom 5, United States Courthouse, 900 MARKET STREET - SECOND FLOOR, PHILADLEPHIA, PA 19107.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/13/2018        By:  /s/TERRY P. DERSHAW, TRUSTEE
                                                           Trustee

TERRY P. DERSHAW, TRUSTEE
P. O. Box 556
Warminster, PA  18974-0632
(484) 897-0341

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re: BRETT, EUFROSINA T    § Case No. 13-11919-BIF-AMC
§
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 951,900.00 |
| *and approved disbursements of* | $ 720,078.29 |
| *leaving a balance on hand of* [1] | $ 231,821.71 |
| **Balance on hand:** | $ 231,821.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | PENNSYLVANIA DEPARTMENT OF REVENUE | 729.68 | 738.68 | 738.68 | 0.00 |
| 6 | CITY OF PHILADELPHIA LAW DEPARTMENT | 547.00 | 352.00 | 352.00 | 0.00 |
| 7S | CITY OF PHILADELPHIA LAW DEPARTMENT | 73,539.84 | 0.00 | 0.00 | 0.00 |
| 7S-2 | CITY OF PHILADELPHIA LAW DEPARTMENT | 73,539.84 | 0.00 | 0.00 | 0.00 |
| 7S-3 | CITY OF PHILADELPHIA LAW DEPARTMENT | 73,539.84 | 0.00 | 0.00 | 0.00 |
| 7S-4 | CITY OF PHILADELPHIA LAW DEPARTMENT | 73,539.84 | 0.00 | 0.00 | 0.00 |
| 7S-5 | CITY OF PHILADELPHIA LAW DEPARTMENT | 73,539.84 | 0.00 | 0.00 | 0.00 |
| 7S-6 | CITY OF PHILADELPHIA LAW DEPARTMENT | 73,539.84 | 118,275.56 | 118,275.56 | 0.00 |
| 9 | CITY OF PHILADELPHIA LAW DEPARTMENT | 26,002.60 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 11 | CITY OF PHILADELPHIA LAW DEPARTMENT | 91,910.67 | 0.00 | 0.00 | 0.00 |
| 12 | THE BANK OF NEW YORK MELLON FKA | 54,571.49 | 0.00 | 0.00 | 0.00 |
| 13 | WELLS FARGO BANK, NATIONAL ASSOCIATION, ET.AL. | 42,367.14 | 61,108.71 | 61,108.71 | 0.00 |
| 14 | BUCKS COUNTY TAX CLAIM BUREAU | 15,021.13 | 15,021.13 | 15,021.13 | 0.00 |
| 15 | SELECT PORTFOLIO SERVICING, INC. | 34,925.40 | 0.00 | 0.00 | 0.00 |
| 15 -2 | SELECT PORTFOLIO SERVICING, INC. | 34,925.40 | 0.00 | 0.00 | 0.00 |
| LST | LOWER SOUTHAMPTON TOWNSHIP | 27,790.83 | 27,790.83 | 27,790.83 | 0.00 |

Total to be paid to secured creditors:    $         0.00
Remaining balance:    $   231,821.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - TERRY P. DERSHAW, TRUSTEE | 48,689.66 | 0.00 | 48,689.66 |
| Trustee, Expenses - TERRY P. DERSHAW, TRUSTEE | 21.78 | 0.00 | 21.78 |
| Attorney for Trustee, Fees - FOX ROTHSCHILD LLP | 19,008.00 | 0.00 | 19,008.00 |
| Attorney for Trustee, Expenses - FOX ROTHSCHILD LLP | 94.09 | 0.00 | 94.09 |
| Accountant for Trustee, Fees - SCOTT H. KESSLER, C.P.A. | 875.00 | 0.00 | 875.00 |
| Other Fees: JAMES MCGARRITY, ESQUIRE (ADMINISTRATIVE) | 3,000.00 | 0.00 | 3,000.00 |

Total to be paid for chapter 7 administration expenses:    $     71,688.53
Remaining balance:    $   160,133.18

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | | $ | 0.00 |
| Remaining balance: | | $ | 160,133.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,555.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | PENNSYLVANIA DEPARTMENT OF REVENUE | 1,571.41 | 0.00 | 1,571.41 |
| 4P-3 | INTERNAL REVENUE SERVICE | 8,147.56 | 0.00 | 8,147.56 |
| 7P-6 | CITY OF PHILADELPHIA LAW DEPARTMENT | 802.78 | 0.00 | 802.78 |
| IRS | INTERNAL REVENUE SERVICE | 1,034.24 | 1,034.24 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | | $ | 10,521.75 |
| Remaining balance: | | $ | 149,611.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 101,100.85 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RJM ACQUISITIONS LLC | 374.35 | 0.00 | 374.35 |
| 2U | PENNSYLVANIA DEPARTMENT OF REVENUE | 379.90 | 0.00 | 379.90 |
| 3 | PHILADELPHIA PARKING AUTHORITY | 434.00 | 0.00 | 434.00 |
| 4U-3 | INTERNAL REVENUE SERVICE | 1,818.09 | 0.00 | 1,818.09 |
| 5 | PECO ENERGY COMPANY | 5,649.30 | 0.00 | 5,649.30 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7U-6 | CITY OF PHILADELPHIA LAW DEPARTMENT | 3,430.91 | 0.00 | 3,430.91 |
| 10 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | 101.81 | 0.00 | 101.81 |
| 16 | ATLANTIC PALACE CONDOMINIUM ASSOC. | 87,525.20 | 0.00 | 87,525.20 |
| 18 | PENNSYLVANIA DEPARTMENT OF REVENUE | 1,387.29 | 0.00 | 1,387.29 |

Total to be paid for timely general unsecured claims: $ 101,100.85
Remaining balance: $ 48,510.58

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 48,510.58

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,438.01 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 100.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | PHILADELPHIA MUNICIPAL COURT | 2,357.25 | 0.00 | 2,357.25 |
| IRS | INTERNAL REVENUE SERVICE | 80.76 | 80.76 | 0.00 |

Total to be paid for subordinated claims: $ 2,357.25
Remaining balance: $ 46,153.33

**UST Form 101-7-NFR (10/1/2010)**

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $3,046.47. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $43,106.86.

Prepared By: /s/TERRY P. DERSHAW, TRUSTEE
Trustee

TERRY P. DERSHAW, TRUSTEE
P. O. Box 556
Warminster, PA  18974-0632
(484) 897-0341

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**