UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  :
:
BRETT, EUFROSINA T  :  Case No. 13-11919 AMC
:
:  Chapter 7 -- Liquidation
:
Debtor(s).  :
:

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 23rd day of August, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $48,689.66 is reasonable compensation for the services in this case by TERRY P. DERSHAW, TRUSTEE, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $21.78 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
ASHELY M. CHAN
United States Bankruptcy Judge