United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-11919-amc
Eufrosina T Brett                                                   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey               Page 1 of 2              Date Rcvd: Aug 27, 2018
                    Form ID: pdf900             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.
```
db             +Eufrosina T Brett,    876 N. 26th Street,    Philadelphia, PA 19130-1821
aty             FOX ROTHSCHILD LLP,    2000 Market St.,    20th fl.,    Phila., PA 19103-3222
aty            +James P. McGarrity,    1249 New Philadelphia Road,    Pottstown, PA 19465-8667
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr             +Bucks County Tax Claim Bureau,    c/o John A. Torrente,    55 E. Court Street,
                 Doylestown, PA 18901-4318
r              +Century 21,    Attn: Al Perry,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
r              +Century 21 Advantage Gold,    2010 Oregon Avenue,    Philadelphia, PA 19145-4225
acc            +Scott H. Kessler,    2543 Kirk Drive,    Huntingdon Valley, PA 19006-5434
cr             +ecast settlement corporation,    PO Box 35480,    Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 28 2018 02:17:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2018 02:16:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 28 2018 02:17:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE            E-mail/Text: megan.harper@phila.gov Aug 28 2018 02:17:04
                 City of Philadelphia Law Department,    1401 John F. Kennedy Blvd.,    Municipal Services Bldg.,
                 5th floor,    Philadelphia, PA  19102
                                                                                                TOTAL: 4
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr            ##+Crestar Capital, L.L.C. by US Bank Custodian,    1415 Route 70 East,    Suite 500,
                 Cherry Hill, NJ 08034-2210
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
```
              ADAM D. GREENBERG    on behalf of Creditor   Crestar Capital, L.L.C. by US Bank Custodian
               agreenberg@hgllclaw.com, aholmes@hgllclaw.com
              ANDREW  SPIVACK    on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BEAR STEARNS ASSET BACKED SECURITIES TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1
               paeb@fedphe.com
              ANDREW  SPIVACK    on behalf of Creditor   Wells Fargo Bank, National Association, et al
               paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor   THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW
               YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC ETAL agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC. as servicer for
               EQUICREDIT CORPORATION OF AMERICA agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor   Wells Fargo Bank, National Association, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor   JP MORGAN CHASE ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2                   Date Rcvd: Aug 27, 2018
                              Form ID: pdf900           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         ANN E. SWARTZ    on behalf of Creditor    Select Portfolio Servicing, Inc. servicer for U.S. Bank N.A. as Trustee, successor in interest to Bank of America, NA as Trustee successor by merger to LaSalle Bank NA, as Trustee for certificateholde ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for EQUICREDIT CORPORATION OF AMERICA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         EDWARD H. WILEY    on behalf of Debtor Eufrosina T Brett edwardhwileylegal@gmail.com
         EDWARD J. DIDONATO    on behalf of Trustee TERRY P. DERSHAW edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
         EDWARD J. DIDONATO    on behalf of Plaintiff Terry P. Dershaw edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
         EDWARD J. DIDONATO    on behalf of Attorney    FOX ROTHSCHILD LLP edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
         GILBERT B. WEISMAN    on behalf of Creditor    ecast settlement corporation notices@becket-lee.com
         HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for LaSalle Bank National Association, on behalf of the holders of the holders of Bear Stearns Asset Backed Securities, Inc., Asset-Backed Certificates, Se heather@mvrlaw.com, Michelle@mvrlaw.com
         HEATHER STACEY RILOFF    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates, Serie heather@mvrlaw.com, Michelle@mvrlaw.com
         JAMES P. MCGARRITY    on behalf of Debtor Eufrosina T Brett mcgarritylaw@gmail.com, mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
         JAMES P. MCGARRITY    on behalf of Defendant Eufrosina T Brett mcgarritylaw@gmail.com, mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
         JAMES P. MCGARRITY    on behalf of Attorney James P. McGarrity mcgarritylaw@gmail.com, mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
         JASON CHRISTOPHER MANFREY    on behalf of Trustee TERRY P. DERSHAW jmanfrey@foxrothchild.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
         JENIECE D. DAVIS    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates, Serie Jeniece@MVRLAW.COM, bonnie@mvrlaw.com
         JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association, et al paeb@fedphe.com
         JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau jtorrente@begleycarlin.com
         KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
         KEVIN T MCQUAIL    on behalf of Creditor    JP MORGAN CHASE ecfmail@mwc-law.com
         KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the Bear Stearns Asset Backed Securities Trust 2005-1, Asset-Backed Certificates, Series 2005-1 amps@manleydeas.com
         KIMBERLY A. BONNER    on behalf of Creditor    EquiCredit Corporation of America amps@manleydeas.com
         MARISSA M. O'CONNELL    on behalf of    City of Philadelphia Law Department marissa.o'connell@phila.gov, James.Feighan@phila.gov
         PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia Law Department pamela.thurmond@phila.gov, karena.blaylock@phila.gov
         PETER E. MELTZER    on behalf of Creditor    Houtkin Consulting Corp pmeltzer@wglaw.com, mrivera@wglaw.com
         TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         THOMAS I. PULEO    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. as servicer for EQUICREDIT CORPORATION OF AMERICA tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                                               TOTAL: 37

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In Re: :
: 
BRETT, EUFROSINA T : Case No. 13-11919 AMC
:
: Chapter 7 -- Liquidation
:
Debtor(s). :
:

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 23rd day of August, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $48,689.66 is reasonable compensation for the services in this case by TERRY P. DERSHAW, TRUSTEE, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $21.78 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
ASHELY M. CHAN
United States Bankruptcy Judge