IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   : CHAPTER 7

BRETT, EUFROSINA T.        :

:

: BKY. NO. 13-11919 AMC

**REPORT TO THE COURT OF UNCLAIMED FUNDS TO
BE DEPOSITED INTO THE COURT REGISTRY**

Pursuant to 11 U.S.C. § 347(a) and Bankruptcy Rule 3011, I report to the Court

that I will deposit the total sum of $1,063.12 with the Clerk of the Court for

transmission to the United States Treasury.  These monies represent unclaimed funds.

All known names and addresses of the entities and amount which they are entitled to be

paid are on the attached list.

/s/ Terry P. Dershaw

_____
Terry P. Dershaw
Chapter 7 Trustee
PO Box 556
Warminster, PA 18974-0632
484.897.0341

Dated:  December 10, 2018